Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

ORIGINAL

# UNITED STATES DISTRICT COURT
## for the

Northern District of Texas

_____ Division

Carolyn Sue Thomas / Pro Se

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

U.S. Dept of Veterans Administration,
Bobby Edmonds - Fiduciary and
Guardianship Services Inc Ft Worth Tex

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  3-24CV2837-K

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

FILED-USDC-NDTX-DA
'24 NOV 12 AM10:10
KMB

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Carolyn Sue Thomas / Pro Se
Street Address          435 Chestnut Lane
City and County         Desoto, Texas - Dallas County
State and Zip Code      Texas 75115
Telephone Number        214 - 543 - 5510
E-mail Address          carolynthom234@yahoo.com

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name United States Veterans Administration

Job or Title (if known) Regional Benefit Office

Street Address 701 Clay Avenue

City and County Waco

State and Zip Code Texas, 76799

Telephone Number unknown          N/A

E-mail Address (if known) unknown

or

Defendant No. 2

Name United States Veterans Administration

Job or Title (if known) Regional Benefit

Street Address 3800 Village Drive

City and County Lincoln        County unknown

State and Zip Code Nebraska    68501

Telephone Number unknown

E-mail Address (if known) unknown

Defendant No. 3

Name GuardianShip Services Inc.

Job or Title (if known) GuardianShip

Street Address 1125 College Ave

City and County Fort Worth - Tarrant County

State and Zip Code Texas 76104

Telephone Number unknown

E-mail Address (if known) unknown

Defendant No. 4

Name Bobby Edmonds Law Office

Job or Title (if known) Attorney / Fiduciary

Street Address 100 E. 15th Street #410 (suite)

City and County Fort Worth, County - Tarrant

State and Zip Code Texas 76102

Telephone Number 817-332-6501

E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 18 U. S. Codes 241 and 242

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I, Carolyn Sue Thomas, Plaintiff in this Cause is entitled to relief and damages sought because I am the only and sole surviving heir to my brother, deceased veteran. See attachments.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like the Court to order all the damages stated in Plaintiff's above Statement of Claim. Well, I still have not received any monies from my brother's estate. I am still battling foreclosure in the court. I am still being threatened. It still takes half my check (almost) to buy my groceries. I got Curtis out of a precarious situation (He was with an abusive brother (substance abuser). I got him out - see Exhibits

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Both Curtis and I then moved into an apartment in Grand Prairie. I saw to it that Curtis never had to worry about being on the streets again - Not the VA, Not Guardian SHip Inc, Not Bobby Edmonds. I helped him for four years. I demanded to be paid - The VA along with a Guardian at Latim Probate court and Guardian SHip Inc - Took Curtis from His Home never to be seen nor

## V.    Certification and Closing    Heard From again until his death.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11-12-24

Signature of Plaintiff    Carolyn Sue Thomas

Printed Name of Plaintiff    Carolyn Sue Thomas

### B.    For Attorneys

Date of signing:    11-12-24

Signature of Attorney    Carolyn Sue Thomas / Pro Se

Printed Name of Attorney    Carolyn Sue Thomas

Bar Number    N/A

Name of Law Firm    N/A

Street Address    435 Chestnut Lane - Desoto

State and Zip Code    Texas    75115

Telephone Number    214-543-5510

E-mail Address    Carolynthom234@yahoo.com

Con't Fac III Statement Of Claim

Curtis Ray Thomas's Accrued Benefits and Estate.
(1) Veterans Administration Of The United States
representatives colluded with the other named defendants, to deprive me oF my brother's accrued benefits. I am using the date of my brother's death, August 24th, 2023 as to when this collusion started as far as I know, against me. VA failed to notify/contact me or relatives regarding my brother's death and burial. I had to find out through another court case hearing I am involved in.. The VA had the address of my now deceased Aunt where Curtis stayed a couple of weeks back in 2004—Her son currently resides there. I was told by VA representative Julie Karloff, that the accrued benefits amount was $300,000. I have been threatened. I am in a home that the bank has Filed Foreclosure on. $300,000 plus which the VA have yet to pay would help out a lot. They are also have violated my rights under Title 18 Codes 241 and 242.

(2) Guardian Ship Inc. Fort Worth, Texas — This agency deliberately falsified my brother, Curtis Ray Thomas, death certificate. They also refused to correct it. They knew or should have known all the information that was excluded From Curtis's death certificate. They were. his probate court (Tarrant County, Fort Worth, Texas) appointed guardians-2008. All they left unanswered was normal intake information, Furthermore, Curtis knew his father and his mother's full names. Also, he knew if had or had not been married, So did they. It was deliberately omitted. When I go to get Curtis's death certificate, the receptionist has a plastic tumbler at the window. On the tumbler are the words "We Are Going To Kill You".
(See Exhibits)

-6-

Continuance Of III Statement Of Claim

GuardianShip Inc. should be held accountable for $100,000 in damages for mental and physical Harassment and intimidation. Also violated my rights under Title 18 U.S.C. 241 and 242

(3) Bobby Edmonds/Fiduciary — Appointed fiduciary of Curtis's Financial affairs. She is also guilty of collusion along with the above mentioned defendants. She has also violated my rights under Title 18 U.S.C. 241 and 242. I was told by the funeral home that handled Curtis's body, funeral, and burial, that Bobby Edmonds was in charge of Curtis's obituary and all the information contained in it. She had in it a sister nobody never heard of, as far as the family goes, by the name of Jessie Thomas as Curtis's sister. I filed a motion for "strict proof" in another court hearing whether or not this woman was Curtis's sister. The attorney that supposingly came up with this Jessie Thomas, all of a sudden claims the name entered on the obituary was a typeO, but Bobby Edmonds, at one point in a telephone conversation I had with her, asked me did I want to meet this Jessie Thomas. I said no. She (Jessie Thomas) supposingly had a lawyer by the name of Vonceil Hill. Relief for her part (Bobby Edmonds) in this scheme—$26,000, because there is no reason to believe that she has not already released Curtis's benefits to unvetted schemers.

-7-

U. S. District Court
For The Northern District of Texas

Plaintiff: Carolyn Sue Thomas / Pro Se

V S.

U. S. Dept. Of Veterans Administration,
Bobby Edmonds - Fiduciary For Curtis Ray Thomas (Deceased)
GuardianShip Services, Inc. - Fort Worth, Texas

Exhibits;

(1) Letter to Plaintiff from Department of
Veterans Affaires (Fiduciary Intake)
(2) Obituary Of Curtis Ray Thomas
(3) Death Certificate Of Curtis Ray Thomas
(4) Birth Certificate Of Curtis Ray Thomas
(5) Birth Certificate Of Carolyn Sue Thomas
(6) Application For Accrued Benefits by Carolyn Sue Thomas



**DEPARTMENT OF VETERANS AFFAIRS**
FIDUCIARY INTAKE CENTER
PO BOX 5211
JANESVILLE, WI 53547-5211

05/17/2024

CAROLYN THOMAS
435 CHESTNUT LN
DESOTO TX 75115

In Reply Refer To:  334/212a/JK
C: 28 873 822
THOMAS, Curtis R

Dear Carolyn Thomas,

We received notification that Curtis thomas passed away.  The Department of Veterans Affairs wishes to express our sincere condolences for your loss.

Our records indicate that you may be an heir/administrator of the beneficiary's estate.  There may be funds remaining in the beneficiary's estate managed by the fiduciary.  Please contact the VA fiduciary for information regarding the beneficiary's funds.

The VA fiduciary for the beneficiary must hold remaining beneficiary funds in trust and disburse the funds according to applicable state law, as applicable.

## Fiduciary Contact Information
Please contact the VA fiduciary for information:
BOBBIE EDMONDS
100 E 15th ST STE 410
FORT WORTH TX 76102
Telephone 8174233999
Email Address OFFICE@GOODVERDICT.COM

## Do You Have Questions Or Need Assistance
If you have any questions regarding fiduciary matters, please call us at 1-888-407-0144. If you use the Telecommunications Device for the Deaf (TDD), the Federal number is 711.

In all cases, be sure to refer to the beneficiary's VA file number 28 873 822.

If you or someone you know is the victim of financial exploitation or fraud, visit https://www.justice.gov/elderjustice/roadmap for assistance in reporting the incident to the appropriate federal authorities.



1948 — **Curtis Ray Thomas** — 2023

# Curtis Ray Thomas

▓▓▓▓▓▓▓ — August 24, 2023

Fort Worth



Curtis Ray Thomas, 74, of Fort Worth, Texas passed away peacefully on Thursday, August 24, 2023

Curtis was born on Thursday, ▓▓▓▓▓▓▓, to Luther Turner Thomas and Willie Mae. He served in the United States Army.

Curtis is Survived by his sister, Jessie Thomas; sister, Carolyn Thomas; and Caregiver, Shirley Dabbs.

Visitation: 10a.m.-4 p.m. Wednesday September 13, 2023 at Brown Owens & Brumley Family Funeral Home.

Graveside service: 10:15 a.m. Thursday September 14 at Dallas-Fort Worth National Cemetery.

File #C:28873822
Curtis Ray ThomAS

Service Schedule

# STATE OF TEXAS

## CITY OF DALLAS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Aug 25 2023

| STATE OF TEXAS | CERTIFICATE OF DEATH | STATE FILE NUMBER 142-23-143962 |
|---|---|---|

**1. LEGAL NAME OF DECEASED** (Include AKA's, if any) (First, Middle, Last) — (Before Marriage)
CURTIS   RAY   THOMAS

**2. DATE OF DEATH - ACTUAL OR PRESUMED** (mm-dd-yyyy) — AUGUST 24, 2023

**3. SEX** MALE

**4. DATE OF BIRTH** (mm-dd-yyyy) OCTOBER 28, 1948

**5. AGE-Last Birthday** (Years) 74

**IF UNDER 1 YR** Mo / Days   **IF UNDER 1 DAY** Hours / Min

**6. BIRTHPLACE** (City & State or Foreign Country) FORT WORTH, TX

**7. SOCIAL SECURITY NUMBER** 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

**8. MARITAL STATUS AT TIME OF DEATH:** ☐ Married ☐ Divorced (and not remarried) ☐ Widowed (and not remarried) ☐ Never Married ☒ Unknown

**9. SURVIVING SPOUSE'S NAME** (If spouse, give name prior to first marriage)

**10a. RESIDENCE STREET ADDRESS** 2010 BURROWS TRL

**10b. APT. NO.**

**10c. CITY OR TOWN** GRAND PRAIRIE

**10d. COUNTY** DALLAS

**10e. STATE** TEXAS

**10f. ZIP CODE** 75052

**10g. INSIDE CITY LIMITS?** ☒ Yes ☐ No

**11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE** THOMAS

**12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE** UNAVAILABLE

**13. PLACE OF DEATH (CHECK ONLY ONE)**

IF DEATH OCCURRED IN A HOSPITAL: ☒ Inpatient ☐ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice Facility ☐ Nursing Home ☐ Decedent's Home ☐ Other (Specify)

**14. COUNTY OF DEATH** DALLAS

**15. CITY/TOWN, ZIP** (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO) DALLAS, 75216

**16. FACILITY NAME** (If not institution, give street address) DALLAS VA MEDICAL CENTER

**17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED** AFIZ HUDANI - GUARDIAN

**18. MAILING ADDRESS OF INFORMANT** (Street and Number, City, State, Zip Code) P.O. BOX 11481, FORT WORTH, TX 76110

**19. METHOD OF DISPOSITION** ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal from state ☐ Mausoleum ☐ Other (Specify)

**20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH** HIRAM L. JACKSON, BY ELECTRONIC SIGNATURE - 6883

**21.** ☒ Unknown  Section ___ Block ___ Lot ___ Space ___

**22. PLACE OF DISPOSITION** (Name of cemetery, crematory, other place) DALLAS FORT WORTH NATIONAL CEMETERY

**23. LOCATION** (City/Town, and State) DALLAS, TX

**24. NAME OF FUNERAL FACILITY** BROWN, OWENS & BRUMLEY FUNERAL DIRECTORS

**25. COMPLETE ADDRESS OF FUNERAL FACILITY** (Street and Number, City, State, Zip Code) 425 S. HENDERSON, FORT WORTH, TX 76104

**26. CERTIFIER** (Check only one)
☒ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated

**27. SIGNATURE OF CERTIFIER** KATHRYN A. SAWEY, BY ELECTRONIC SIGNATURE

**28. DATE CERTIFIED** (mm-dd-yyyy) AUGUST 25, 2023

**29. LICENSE NUMBER** VAD-077

**30. TIME OF DEATH** (Actual or presumed) 06:20 AM

**31. PRINTED NAME, ADDRESS OF CERTIFIER** (Street and Number, City, State, Zip Code) KATHRYN A. SAWEY 4500 S. LANCASTER ROAD, DALLAS, TX 75216

**32. TITLE OF CERTIFIER** DO

**33. PART 1. ENTER THE CHAIN OF EVENTS** - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.

| | | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. METASTATIC COLON ADENOCARCINOMA  Due to (or as a consequence of): | MONTHS |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. ___ Due to (or as a consequence of): | |
| | c. ___ Due to (or as a consequence of): | |
| | d. ___ | |

**PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART 1:** PARANOID SCHIZOPHRENIA

**34. WAS AN AUTOPSY PERFORMED?** ☐ Yes ☒ No

**35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?** ☐ Yes ☐ No

**36. MANNER OF DEATH** ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined

**37. DID TOBACCO USE CONTRIBUTE TO DEATH?** ☐ Yes ☒ No ☐ Previously ☐ Probably ☐ Unknown

**38. IF FEMALE:** ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to one year before death ☐ Unknown if pregnant within the past year

**39. IF TRANSPORTATION INJURY, SPECIFY** ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)

**40a. DATE OF INJURY** (mm-dd-yyyy) | **40b. TIME OF INJURY** | **40c. INJURY AT WORK?** ☐ Yes ☐ No | **40d. PLACE OF INJURY** (e.g. Decedent's home, construction site, restaurant, wooded area)

**40e. LOCATION** (Street and Number, City, State, Zip Code)

**40f. COUNTY OF INJURY**

**41. DESCRIBE HOW INJURY OCCURRED**

**42a. REGISTRAR FILE NO.** 02003366

**42b. DATE RECEIVED BY LOCAL REGISTRAR** AUGUST 25, 2023

**42c. REGISTRAR** REGISTRAR - CITY OF DALLAS, ELECTRONICALLY FILED

EDR NUMBER 000044445702/66

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED APR 12 2024

Margarita A. Carrasco
Local Registrar

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

## TARRANT COUNTY

STATE OF TEXAS

### BUREAU OF VITAL STATISTICS
#### STANDARD CERTIFICATE OF BIRTH

COUNTY OF _Tarrant_

CITY OR PRECINCT NO. _Fort Worth, Texas_    _City-County Hospital_
GIVE STREET AND NUMBER OR NAME OF INSTITUTION

2. FULL NAME OF CHILD _Thomas, Curtis Ray_

RESIDENCE OF THE MOTHER STREET AND NO. _1501 Oilmill St._ CITY _Fort Worth_ COUNTY _Tarrant_ STATE _Texas_

| 3. SEX | FOR PLURAL BIRTHS ONLY | | 6. LEGITIMATE? | 7. DATE OF BIRTH | |
|---|---|---|---|---|---|
| | 4. TWIN, TRIPLET, OTHER | 5. NUMBER IN ORDER OF BIRTH | | | |
| Male | | | Yes | 10-28-48 | 194 |

| FATHER | MOTHER |
|---|---|
| 8. FULL NAME _Thomas, Luther Turner_ | 14. FULL MAIDEN NAME _Jarrow, Willie Mae_ |
| SOCIAL SECURITY NUMBER _yes_ | SOCIAL SECURITY NUMBER _yes_ |
| 9. POSTOFFICE ADDRESS _1200 Delores Street_ | 15. POSTOFFICE ADDRESS _1200 Delores Street_ |
| 10. COLOR OR RACE _Negro_ | 11. AGE AT LAST BIRTHDAY _19_ (YEARS) | 16. COLOR OR RACE _Negro_ | 17. AGE AT LAST BIRTHDAY _19_ (YEARS) |
| 12. BIRTHPLACE (STATE OR COUNTRY) _Navasota, Texas_ | 18. BIRTHPLACE (STATE OR COUNTRY) _Fort Worth, Texas_ |
| 13A. TRADE, PROFESSION OR KIND OF WORK DONE _Laborer_ | 19A. TRADE, PROFESSION OR KIND OF WORK DONE _Housewife_ |
| 13B. INDUSTRY OR BUSINESS IN WHICH ENGAGED _Texas Wool & Mohair Co_ | 19B. INDUSTRY OR BUSINESS IN WHICH ENGAGED _Home_ |
| 20. NUMBER OF CHILDREN BORN TO THIS MOTHER INCLUDING THIS BIRTH _1_ | 21. NUMBER OF CHILDREN BORN TO THIS MOTHER AND NOW LIVING _1_ |
| SIGNATURE OF INFORMANT | ADDRESS OF INFORMANT _TEXAS_ |

22. CERTIFICATION

I HEREBY CERTIFY TO THE BIRTH OF THIS CHILD BORN ALIVE STILLBORN AT _7:22 a_ M. ON THE ABOVE DATE.

AND THE PROPHYLACTIC USED TO PREVENT OPHTHALMIA NEONATORUM WAS _1% Silver nitrate_

_10-28-48_, 194    _RW Moore_ M.D. _City-Co. Hosp. Fort Worth_, TEXAS
DATE    SIGNATURE    POSTOFFICE / ADDRESS

| 23. FILE NUMBER _7032_ | FILE DATE _Nov 6 1948_ 194 | SIGNATURE OF LOCAL REGISTRAR _Nora Griffith_ | POSTOFFICE ADDRESS _Fort Worth_ |

S00060 9139

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

**APR 25, 2024**

ISSUED

_Mary Louise Nicholson_
Mary Louise Nicholson
County Clerk/Local Registrar

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

THE STATE OF TEXAS



TARRANT COUNTY, TEXAS

OMB Approved No. 2900-0216
Respondent Burden: 30 Minutes
Expiration Date: 08/31/2025

**Department of Veterans Affairs**

**APPLICATION FOR ACCRUED AMOUNTS DUE A DECEASED BENEFICIARY**

**VA DATE STAMP**
(DO NOT WRITE IN THIS SPACE)

**NOTE**: Please read the attached "Instructions" before you fill out this form.

### SECTION I: CLAIMANT AND DECEASED BENEFICIARY INFORMATION

**1. VETERAN'S NAME** *(First, Middle Initial, Last)*
Curtis R B THOMAS

**2. VETERAN'S SOCIAL SECURITY NUMBER**
453 - 86 - 5989

**3. VETERAN'S FILE NUMBER**
C 28 873822   C: 28873822

**4. NAME OF DECEASED BENEFICIARY** *(If other than veteran - First, Middle Initial, Last)*

**5. BENEFICIARY DATE OF DEATH** *(MM,DD,YYYY)*  Veteran
Month   Day   Year
08 - 24 - 2023 → Veteran died

**6. CLAIMANT'S NAME** *(First, Middle Initial, Last)*   Veteran's Sister
CAROLYN S THOMAS

**7. CLAIMANT'S SOCIAL SECURITY NUMBER**
453 - 86 - 8865

**8. CLAIMANT'S DATE OF BIRTH** *(MM,DD,YYYY)*
Month   Day   Year
09 - 08 - 1950

**9. CLAIMAINT'S CURRENT MAILING ADDRESS** *(Number and street or rural route, P.O. Box, City, State, ZIP Code and Country)*
No. & Street: 435 Chestnut LANE
Apt./Unit Number:
City: Desoto
State/Province: TX   Country: US   ZIP Code/Postal Code: 75115 -

**10. CLAIMANT'S TELEPHONE NUMBER** *(Include Area Code)*
214-543-5510

**11. PREFERRED E-MAIL ADDRESS** *(If applicable)*
Carolynthom234@yahoo.com

**12. CLAIMANT'S RELATIONSHIP TO DECEASED BENEFICIARY**   veteran
Sister

### SECTION II: DECEASED BENEFICIARY'S SURVIVING RELATIVES

**13. WHO ARE THE DECEASED BENEFICIARY'S SURVIVING RELATIVES?** *(Check all that apply. List each person separately in Items 14A through 14D)*   Veteran
☐ SPOUSE   ☐ CHILD OR CHILDREN *(See instructions for definition of a child)*   ☐ PARENT   ☒ NONE *(If "NONE," Skip to Question 14E)*   N/A

Relative Surviving Veteran   **14. RELATIVES SURVIVING BENEFICIARY AT TIME OF DEATH**   Veteran's Relative

| 14A. NAME *(First, Middle Initial, Last)* | 14B. RELATIONSHIP TO BENEFICIARY   Veteran | 14C. DATE OF BIRTH *(MM/DD/YYYY)* | 14D. COMPLETE MAILING ADDRESS |
|---|---|---|---|
| Carolyn S. Thomas | Sister | 09/08/1950 | 435 Chestnut Lane Desoto, TX 75115 |
| | | | |
| | | | |
| | | | |

**14E. WOULD YOU LIKE TO WAIVE SUBSTITUTION?** N/A
☐ YES   ☐ NO   *(If "YES," see Paragraph C of the Instructions)*

VA FORM AUG 2022 **21P-601**   SUPERSEDES VA FORM 21P-601, SEP 2019, WHICH WILL NOT BE USED.   Page 3

## SECTION III: INFORMATION ABOUT DEBTS, EXPENSES AND BURIAL OF DECEASED BENEFICIARY

**NOTE:** Read Paragraphs C and D of the Instructions before completing Section III. Complete this section only if you are claiming accrued benefits for reimbursement of expenses for last illness or burial. Skip to Section V if you are claiming accrued benefits based on your relationship to the deceased beneficiary.

15. LIST THE EXPENSES OF LAST SICKNESS AND BURIAL IN ITEMS 15A THROUGH 15E.

| 15A. NAME OF PERSON OR FIRM | 15B. NATURE OF EXPENSE (For example, physician, hospital, burial expenses, etc.) | 15C. AMOUNT | 15D. CHECK ONE PAID | 15D. CHECK ONE UNPAID | 15E. IF PAID, NAME OF PERSON OR ESTATE WHOSE FUNDS WERE USED |
|---|---|---|---|---|---|
| N/A | N/A | $ N/A | ☒ | ☒ | N/A |
| N/A | N/A | $ N/A | ☒ | ☒ | N/A |
| N/A | N/A | $ N/A | ☒ | ☒ | N/A |
| N/A | N/A | $ N/A | ☒ | ☒ | N/A |

16. HAVE YOU BEEN REIMBURSED FROM ANY SOURCE FOR ANY OF THE EXPENSES PAID FROM YOUR PERSONAL FUNDS?

☐ YES  ☐ NO  *(If "YES," specify the amount and source)*  $ N/A

17. DID THE BENEFICIARY LEAVE ANY OTHER DEBTS?

☐ YES  ☐ NO  *(If "YES," go to Item 18)* *(If "NO," skip to Item 19)*   N/A

18. LIST THE OTHER DEBTS IN ITEMS 18A AND 18B.

| 18A. NATURE OF DEBT | 18B. AMOUNT |
|---|---|
| N/A | $ N/A |
|  | $ |
|  | $ |
|  | $ |

19. HAS OR WILL THE BENEFICIARY'S ESTATE BE LEGALLY ADMINISTERED?

☐ YES  ☐ NO  *(If "YES," attach a copy of the letters of administration or letters testamentary bearing the signature and seal of the appointing court)*   N/A

## SECTION IV: WAIVER OF REIMBURSEMENT FROM ALL UNPAID CREDITORS

**NOTE:** If any of the expenses listed in Item 15D are unpaid, Section IV must be completed and signed by all unpaid creditors. If you are a creditor who is claiming accrued benefits as reimbursement, Section IV must be completed by all other creditors and persons who provided services to the deceased beneficiary related to last illness or burial and hold the creditor responsible for payment of their claims. If you need additional space, please attach a separate sheet of paper providing the certification and information requested below.

**I CERTIFY THAT** the expense listed in Section III, Item 15D which was incurred by the claimant named in Item 6 in connection with the last sickness and burial of the beneficiary, is due and unpaid. I further certify that I hold the claimant responsible for the payment of any portion of the accrued benefit to which I may be entitled in the case of the beneficiary named in Item 1 or 4 and waive my right to any such benefit. This statement is true and correct to the best of my belief.

20A. NAME OF UNPAID CREDITOR OR FIRM NO. 1   N/A

20B. ADDRESS OF CREDITOR OR FIRM   N/A

| 20C. SIGNATURE OF CREDITOR OR PERSON SIGNING FOR FIRM *(Sign in ink)* | 20D. TITLE | 20E. DATE SIGNED *(MM/DD/YYYY)* |
|---|---|---|
| N/A | N/A | N/A |

VA FORM 21P-601, AUG 2022

Page 4

File #C-28873822
Curtis Ray Thomas

## SECTION IV: WAIVER OF REIMBURSEMENT FROM ALL UNPAID CREDITORS (Continued)

**21A. NAME OF UNPAID CREDITOR OR FIRM NO. 2**  N/A

**21B. ADDRESS OF CREDITOR OR FIRM**  N/A

**21C. SIGNATURE OF CREDITOR OR PERSON SIGNING FOR FIRM** (Sign in ink)  N/A

**21D. TITLE**  N/A

**21E. DATE SIGNED** (MM/DD/YYYY)  N/A

**22A. NAME OF UNPAID CREDITOR OR FIRM NO. 3**  N/A

**22B. ADDRESS OF CREDITOR OR FIRM**  N/A

**22C. SIGNATURE OF CREDITOR OR PERSON SIGNING FOR FIRM** (Sign in ink)  N/A

**22D. TITLE**  N/A

**22E. DATE SIGNED** (MM/DD/YYYY)  N/A

## SECTION V: SIGNATURE

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief. (If you sign with an "X," then you must have two people witness you as you sign. They must sign the form and print their names and addresses.)

**23A. SIGNATURE OF CLAIMANT** (Sign in ink)  Carolyn Sue Thomas

**23B. TODAY'S DATE** (MM/DD/YYYY)  07-01-2024

**24A. SIGNATURE OF WITNESS** (If claimant signed above using an "X" - Sign in ink)

**24B. PRINTED NAME AND ADDRESS OF WITNESS**

**25A. SIGNATURE OF WITNESS** (If claimant signed above using an "X" - Sign in ink)

**25B. PRINTED NAME AND ADDRESS OF WITNESS**

## SECTION VI: REMARKS

**PENALTY:** The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false, or for the fraudulent acceptance of any payment which you are not entitled to (18 U.S.C. §§ 1001-1002).

**26. REMARKS**

(I.) I, Carolyn Sue Thomas, deceased veteran Curtis Ray Thomas sister and claimant on this application, File with this Application the following attachments;

1. Texas Estate Code Title 2. Subtitle E, Chapter 201 Subchapter A: Interstate Succession and Section 201.001 (a),(b),(c),(d), and (e).

2. Curtis's birth certificate and my birth certificate.

3. Curtis death certificate- Key elements were left unanswered. These elements were known by Curtis. With Curtis in their custody for 15yrs, should have been know by GuardianShip Inc. When I asked them to correct the death certificate, they refused.

VA FORM 21P-601, AUG 2022    File #C-28873822 -Curtis Ray Thomas    Page 5

Remarks Cont'd

A. Cover sheet of Appellee's Brief - Ross Griffith who was the appointed Guardian Ad Litem for Curtis appointed by the UA.

5. Page 19 of Appellee's Brief of Ross Griffith for Guardianship of Curtis Ray Thomas, An Incapacitated Person. Due to complications and "Life Events," I was unable to pursue my quest to help Curtis retain/regain his freedom.

After loosing my transportation (my 1992 Ford Explorer that helped me obtain and keep my job, plus taking Curtis back and forth everyday for four years to Fort Worth where the establishment was located that could accommodate special needs adults that were mentally incapacitated. I was told by Ross Griffith, Curtis's appointed Guardian ad Litem, that this had to be done everyday. To make sure he was socially involved everyday. I also used my truck for his doctor appointments and any other errands he needed, grocery and clothes shopping, taking him to movies, etc, visiting other kin. When I explained this all to his newly appointed guardians from Guardianship Inc., they flat out refused to replace my truck, or at least help out in some way.

File #C:28873822
Curtis Ray Thomas-Deceased Veteran    -6-              Remarks Con'd

Remarks Cont'd

I began to have trouble keeping up with our rent. It was the perfect storm for Guardianship Inc. They showed up one morning with two constables and literally took Curtis from his home. I never saw nor heard from him again, alive.

All efforts on my part and even Lewis (our younger brother that Curtis was with for several years) could not get any response from his inquiries, and I could not and did not receive any response from Guardianship Inc. No returned phone calls. I learned of Curtis's death through a court hearing where I demanded through a motion to know whether or not Curtis was dead or alive. They were using his name in an attempted foreclosure process on a house that our younger brother Lewis left after he passed away August of 2020. They (attorneys for mortgagee-Wells Fargo Bank, N.A.) let us disclosed Curtis's death in a hearing March 29th, 2024.

(6.) Page 19 ~~------~~ displays also a more than reasonable sum for Curtis's care. They (I am assuming the fiduciary and VA) just did not want to pay, for whatever reason, for Curtis's care.

(7.) Mr. Ross Griffith summoned me to his office in June of 2004 (Curtis was then under my care). He wanted to know who all Curtis's siblings were.

File #: 28873822

-7-

Curtis Ray Thomas
Deceased Veteran

I told him including myself. I gave him Lewis's full name, who at the time was alive, Jimmie's full name, our younger sister, who at the time was alive also. So he was given the names - Carolyn Sue Thomas, Lewis Timothy Thomas, and Jimmie Joyce Thomas as Curtis's siblings, All having the same mother and the same Father. Mr. Ross Griffith then told me that Curtis's estate had accured benefits totaling $187,000.

(8) I received a call around May 16th, 2024 from a Steve Pelon from department of veterans affaires. He left a message for me to contact a Julie Karloff another Veterans Affaires Representative. I contacted her. She told me that I was determined - I rather it had been determined that I was Curtis's sole surviving heir of his estate. She said that his accured benefits were $300,000. This amount ($300,000) coupled with the $57,517 owed me for Curtis's care comes to a total of $336,544. $57,517 with an interest of 8% over a period of 20yrs (2004-2024) - I got the interest from the chart the IRS uses for delinquent taxpayers. 8% of $57,517 is $4,601.36. $4,601.36 × 20yrs = $92,027.2. + (plus) $57,517 is $149,544.22. Add the accured benefits from 2004 of $187,000 - comes to a total of $336,544.22 I am owed at least $336,544.22 - Thank you;

File #C:28873822    -8-
Curtis Ray Thomas

Submitted by;
Carolyn Sue Thomas
(Deceased Veteran Curtis Ray Thomas-File # C:28873822
Sister)
435 Chestnut Lane
Desoto, Texas 75115

P.S. I am including Curtis's obituary. The funeral
directors, Brown, Owens + Brumley claims that
Bobbie Edmonds-Curtis's Fiduciary was and
is responsible for its contents. I don't know
if she came up with the Jessie Thomas as
Curtis's sister or not, but she certainly went
along with whoever sold her on it. I had a court
hearing on that. Wells Fargo Bank's attorney all
of sudden back peddled on it claiming it was
a type O, that it was suppose to be Jimmie
Joyce Thomas (keep in mind Jimmie has been dead for
almost two years prior to Curtis's death). Anyway
if they try and make that an issue let me know.

Thank You!!

File: C-28873822        -9-
Curtis Ray Thomas

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Carolyn Sue Thomas

**DEFENDANTS** U.S. Dept of Veterans Administration/Bobby Edmonds-Fiduciary, Guardianship Services Inc.-Ft Worth-TX.

**(b)** County of Residence of First Listed Plaintiff **Dallas, County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se-Carolyn Sue Thomas
435 Chestnut Lane, Desoto,Tx 75115. 214-543-5510

Attorneys *(If Known)*
Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☒ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

RECEIVED
NOV 1 2 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application ☐ 840 Trademark | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☒ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Collution of Defendants to deny Plaintiff/Heir of accrued benefits of brother

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____