IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROLYN SUE THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-cv-2837-K (BT) |
| | § | |
| U.S. DEP'T OF VETERANS ADMINISTRATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
<u>**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**</u>

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's case will be **DISMISSED**. Defendant Guardianship Services Inc.'s motion to dismiss under Federal Rules of Civil Procedure 8, 12(b)(5), and 12(b)(6) (ECF No. 7) is **DENIED WITHOUT PREJUDICE** as moot. Plaintiff's Objections are OVERRULED.

SO ORDERED.

Signed March 25th, 2025.

_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**